_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 30, 2020
_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
Email: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Attorneys for the Reorganized Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-19-16364-MKN |
|---|---|
| EB HOLDINGS II, INC., | Chapter 11 |
| Debtor. | **Hearing**:<br>Date: June 17, 2020<br>Time: 9:30 a.m. |

**ORDER GRANTING MOTION BY REORGANIZED DEBTOR PURSUANT TO 11 U.S.C. §§ 502(j) AND 105(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3008 REQUESTING RECONSIDERATION OF THE ALLOWED AMOUNT OF THE PIK LOAN CLAIMS**

EB Holdings II, Inc. filed the *Motion By Reorganized Debtor Pursuant to 11 U.S.C. § 502(j) and Federal Rule of Bankruptcy Procedure 3008 Requesting Reconsideration of the Allowed Amount of PIK Loan Claims* (the "Motion"),[1] which came on for hearing before the

---
[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

above-captioned Court on June 17, 2020, at 9:30 a.m. All appearances were duly noted on the record at the hearing on the Motion.

The Court having reviewed the Motion and all matters submitted therewith; notice of the Motion having been proper; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure; and good cause appearing

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED in its entirety.

2. The PIK Loan Claims are hereby amended in amount to $3,001,540,448, reflecting the Euro:USD exchange rate applicable at the time of debt incurrence and the applicable average exchange rate for each subsequent interest accrual period plus any unpaid fees, costs, charges and other amounts payable under the PIK Loan Credit Agreement up to, but not including, the Petition Date.

**IT IS SO ORDERED**

Prepared and submitted by:

GARMAN TURNER GORDON LLP

By: */s/ Gregory E. Garman*
　　GREGORY E. GARMAN, ESQ.
　　TALITHA GRAY KOZLOWSKI, ESQ.
　　TERESA M. PILATOWICZ, ESQ.
　　7251 Amigo Street, Suite 210
　　Las Vegas, Nevada 89119
　　*Attorneys for the Reorganized Debtor*

Approved:

U.S. DEPARTMENT OF JUSTICE

By: */s/ Boris Kukso*
　　BORIS KUKSO, ESQ.
　　P.O. Box 683
　　Washington, D.C. 20044
　　*Attorneys for the Department of Treasury Internal Revenue Service*

## **LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

# # #